IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT COFIELD,<br><br>    Petitioner,<br><br>  v.<br><br>WARDEN OF SOLANO STATE PRISON,<br><br>    Respondent. | No. C 10-2956 LHK (PR)<br><br>ORDER OF DISMISSAL |

Petitioner, a state prisoner proceeding *pro se*, filed the instant habeas corpus petition challenging his conviction and sentence, pursuant to 28 U.S.C. § 2254.  On July 6, 2010, the Court sent a notification to Petitioner informing him that he did not file a completed in forma pauperis application, nor did he pay the required filing fee.  The Court provided a copy of the in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if Petitioner failed to pay the fee or file a completed application with supporting documentation within thirty days.  No response has been received from Petitioner.

As Petitioner has not filed a completed in forma pauperis application or paid the filing fee, this case is DISMISSED without prejudice.  The Clerk shall close the file.

IT IS SO ORDERED.

DATED: August 13, 2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.LHK\HC.10\Cofield956disifp.wpd