1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  VINCENT COFIELD,                    )        No. C 10-2956 LHK (PR)
                                        )
12              Petitioner,             )        JUDGMENT
                                        )
13      v.                              )
                                        )
14  WARDEN OF SOLANO STATE PRISON,      )
                                        )
15              Respondent.             )
    _____)

16
17      The Court has dismissed the instant petition for writ of habeas corpus without

18  prejudice.  A judgment of dismissal without prejudice is entered.  The Clerk shall close the file.

19      IT IS SO ORDERED.

20  DATED:  August 13, 2010        _____
                                   LUCY H. KOH
21                                 United States District Judge

22
23
24
25
26
27
28

Judgment
P:\PRO-SE\SJ.LHK\HC.10\Cofield956jud.wpd